# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ANN ARMSTRONG,

    Plaintiff,

vs.

LABORATORY CORPORATION OF AMERICA HOLDINGS AND LABORATORY CORPORATION OF AMERICA,

    Defendants.

CASE NO.: 1:21-cv-04137-TWT

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal with Prejudice ("Joint Motion") (DE #9). The Court has considered the Joint Motion, the settlement agreement entered into by the Parties to this action, and being otherwise fully advised in the premises, it is:

**ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal with Prejudice (DE #9) is **GRANTED**.

2. The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set

forth in the Settlement Agreement, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3. This case is hereby **DISMISSED** *with* prejudice, with attorneys' fees and costs to be paid pursuant to the terms of the Settlement Agreement.

4. The Clerk is directed to close this file.

SO ORDERED this __6th__ day of __December__, 2021.

_____
HON. THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE